IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KYLE GRAY,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2232

Opinion filed August 16, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Kyle Gray, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the January 14, 2016, order denying motion to correct illegal sentence in Gadsden County Circuit Court case number 2007-CFA-00573. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.